## UNITED STATES *v.* LOUISIANA ET AL.
## (TEXAS BOUNDARY CASE)

No. 9, Orig. Decided May 31, 1960, December 4, 1967, and March 3, 1969—Final Decree Entered December 12, 1960—Supplemental Decree Entered May 5, 1969—Supplemental Decree Entered October 13, 1998

## SUPPLEMENTAL DECREE

On December 12, 1960, this Court entered a final decree addressing the entitlement of the United States and the States of Alabama, Florida, Louisiana, Mississippi, and Texas to lands, minerals, and other natural resources underlying the Gulf of Mexico. *United States* v. *Louisiana,* 364 U. S. 502. On May 5, 1969, this Court entered a supplemental decree describing the 1845 coastline of the State of Texas and the offshore boundary between the United States and Texas. *United States* v. *Louisiana,* 394 U. S. 836. For the purpose of identifying with greater particularity the boundary line

1

2

between the submerged lands of Texas and those of the United States, it is ordered, adjudged, and decreed as follows:

1. As against the United States, with the exceptions provided by §5 of the Submerged Lands Act, 67 Stat. 32, 43 U. S. C. §1313, the State of Texas is entitled to all lands, minerals, and other natural resources underlying the Gulf of Mexico, bounded on the south by the international boundary with the Republic of Mexico and on the east by the boundary between the States of Texas and Louisiana and an extension thereof, that lie landward of the line described in paragraph 3 below.

2. As against the State of Texas, the United States is entitled to all lands, minerals, and other natural resources underlying the Gulf of Mexico, bounded on the south by the international boundary with the Republic of Mexico and on the east by the boundary between the States of Texas and Louisiana and an extension thereof, that lie seaward of the line described in paragraph 3 below.

3. The federal-state boundary line, referred to in paragraphs 1 and 2 above, is located as follows:

| Type Code | NAD 27 Texas South Zone (feet) | |
| --- | --- | --- |
| | x–coordinate | y–coordinate |
| BEGINNING AT | 2499640.190 | 113383.050 |
| BY STRAIGHT LINE TO | 2499530.550 | 116379.990 |
| BY ARC CENTERED AT | 2444923.280 | 113478.030 |
| TO | 2499085.770 | 121013.970 |
| BY STRAIGHT LINE TO | 2498580.340 | 124646.260 |
| BY ARC CENTERED AT | 2444417.930 | 117110.640 |
| TO | 2498520.860 | 125062.040 |
| BY ARC CENTERED AT | 2447716.990 | 104830.000 |
| TO | 2498147.430 | 125977.510 |
| BY STRAIGHT LINE TO | 2498068.220 | 126760.310 |
| BY ARC CENTERED AT | 2443661.000 | 121256.010 |

| | NAD 27 Texas South Zone (feet) | |
| Type Code | x–coordinate | y–coordinate |
| TO | 2497382.910 | 131473.560 |
| BY STRAIGHT LINE TO | 2497076.470 | 135705.480 |
| BY STRAIGHT LINE TO | 2497119.050 | 137947.290 |
| BY STRAIGHT LINE TO | 2497240.260 | 139652.480 |
| BY ARC CENTERED AT | 2442693.000 | 143530.000 |
| TO | 2496941.950 | 150421.250 |
| BY STRAIGHT LINE TO | 2496722.950 | 152145.250 |
| BY ARC CENTERED AT | 2442474.000 | 145254.000 |
| TO | 2496369.790 | 154510.440 |
| BY STRAIGHT LINE TO | 2495552.790 | 159267.440 |
| BY ARC CENTERED AT | 2441657.000 | 150011.000 |
| TO | 2495160.620 | 161315.920 |
| BY STRAIGHT LINE TO | 2494874.980 | 162667.810 |
| BY STRAIGHT LINE TO | 2494746.000 | 163636.000 |
| BY STRAIGHT LINE TO | 2494468.310 | 165973.870 |
| BY ARC CENTERED AT | 2443246.710 | 146822.120 |
| TO | 2492810.740 | 169927.290 |
| BY STRAIGHT LINE TO | 2492774.800 | 170112.970 |
| BY ARC CENTERED AT | 2439086.150 | 159722.250 |
| TO | 2492588.170 | 171034.890 |
| BY STRAIGHT LINE TO | 2492205.260 | 174407.590 |
| BY ARC CENTERED AT | 2437625.640 | 171015.450 |
| TO | 2491921.560 | 177526.340 |
| BY STRAIGHT LINE TO | 2491552.740 | 180602.020 |
| BY ARC CENTERED AT | 2437256.820 | 174091.130 |
| TO | 2491382.170 | 181893.990 |
| BY STRAIGHT LINE TO | 2491322.660 | 182306.820 |
| BY STRAIGHT LINE TO | 2491250.280 | 183423.780 |
| BY ARC CENTERED AT | 2436679.820 | 179887.780 |
| TO | 2491038.940 | 185848.050 |
| BY STRAIGHT LINE TO | 2490687.070 | 189057.190 |
| BY ARC CENTERED AT | 2436327.950 | 183096.920 |
| TO | 2490568.140 | 190056.800 |

4

| | NAD 27 | |
| | Texas South Zone (feet) | |
| Type Code | x–coordinate | y–coordinate |
| --- | --- | --- |
| BY STRAIGHT LINE TO | 2489781.810 | 196184.910 |
| BY STRAIGHT LINE TO | 2489408.130 | 199725.490 |
| BY ARC CENTERED AT | 2435025.270 | 193985.870 |
| TO | 2488891.700 | 203411.710 |
| BY STRAIGHT LINE TO | 2488385.320 | 206305.540 |
| BY STRAIGHT LINE TO | 2488095.190 | 207985.200 |
| BY STRAIGHT LINE TO | 2487772.010 | 210387.930 |
| BY ARC CENTERED AT | 2433575.160 | 203098.250 |
| TO | 2487561.760 | 211809.440 |
| BY STRAIGHT LINE TO | 2487232.820 | 213848.020 |
| BY ARC CENTERED AT | 2432844.590 | 208159.240 |
| TO | 2487027.760 | 215549.950 |
| BY STRAIGHT LINE TO | 2486636.220 | 218420.430 |
| BY ARC CENTERED AT | 2432453.050 | 211029.720 |
| TO | 2486214.950 | 221034.530 |
| BY STRAIGHT LINE TO | 2485938.220 | 222521.570 |
| BY STRAIGHT LINE TO | 2485815.850 | 223411.880 |
| BY ARC CENTERED AT | 2431640.280 | 215965.660 |
| TO | 2484763.880 | 228939.650 |
| BY STRAIGHT LINE TO | 2484753.860 | 228995.960 |
| BY ARC CENTERED AT | 2430915.120 | 219413.240 |
| TO | 2484707.670 | 229251.920 |
| BY STRAIGHT LINE TO | 2484141.990 | 232344.750 |
| BY ARC CENTERED AT | 2430349.440 | 222506.070 |
| TO | 2483210.720 | 236510.600 |
| BY STRAIGHT LINE TO | 2483055.890 | 237300.960 |
| BY ARC CENTERED AT | 2429390.990 | 226788.270 |
| TO | 2482686.770 | 239035.640 |
| BY STRAIGHT LINE TO | 2482267.080 | 240861.990 |
| BY STRAIGHT LINE TO | 2481855.260 | 242883.000 |
| BY ARC CENTERED AT | 2428271.470 | 231964.400 |
| TO | 2481793.420 | 243182.190 |
| BY STRAIGHT LINE TO | 2481027.530 | 246836.380 |

| | NAD 27 Texas South Zone (feet) | |
| Type Code | x–coordinate | y–coordinate |
| --- | --- | --- |
| BY ARC CENTERED AT | 2427505.580 | 235618.590 |
| TO | 2480357.520 | 249658.190 |
| BY STRAIGHT LINE TO | 2480292.310 | 249903.680 |
| BY ARC CENTERED AT | 2426833.570 | 238388.260 |
| TO | 2479639.120 | 252601.340 |
| BY STRAIGHT LINE TO | 2478059.020 | 258471.870 |
| BY STRAIGHT LINE TO | 2477392.310 | 261606.470 |
| BY ARC CENTERED AT | 2423903.880 | 250229.900 |
| TO | 2476815.070 | 264044.520 |
| BY STRAIGHT LINE TO | 2474580.490 | 272603.140 |
| BY STRAIGHT LINE TO | 2473051.430 | 278464.090 |
| BY STRAIGHT LINE TO | 2472865.110 | 279221.610 |
| BY ARC CENTERED AT | 2419762.850 | 266160.680 |
| TO | 2472134.540 | 281897.390 |
| BY STRAIGHT LINE TO | 2471635.750 | 283557.370 |
| BY STRAIGHT LINE TO | 2471536.110 | 284004.850 |
| BY ARC CENTERED AT | 2418158.400 | 272119.650 |
| TO | 2470645.240 | 287467.950 |
| BY STRAIGHT LINE TO | 2469160.610 | 292544.980 |
| BY ARC CENTERED AT | 2415708.630 | 280998.210 |
| TO | 2468375.640 | 295716.380 |
| BY STRAIGHT LINE TO | 2467281.750 | 299630.710 |
| BY STRAIGHT LINE TO | 2467063.940 | 300479.790 |
| BY ARC CENTERED AT | 2414094.150 | 286891.590 |
| TO | 2466681.490 | 301891.910 |
| BY STRAIGHT LINE TO | 2464286.370 | 310288.600 |
| BY ARC CENTERED AT | 2411699.030 | 295288.280 |
| TO | 2463285.380 | 313434.620 |
| BY STRAIGHT LINE TO | 2461034.980 | 320839.800 |
| BY ARC CENTERED AT | 2408712.780 | 304939.300 |
| TO | 2460234.640 | 323267.860 |
| BY STRAIGHT LINE TO | 2459053.490 | 326588.090 |
| BY ARC CENTERED AT | 2407531.630 | 308259.530 |

| Type Code | NAD 27 Texas South Zone (feet) | |
| --- | --- | --- |
| | x–coordinate | y–coordinate |
| TO | 2458585.720 | 327853.430 |
| BY ARC CENTERED AT | 2406144.130 | 312351.150 |
| TO | 2458085.170 | 329455.830 |
| BY ARC CENTERED AT | 2405329.070 | 315060.150 |
| TO | 2456893.510 | 333268.570 |
| BY STRAIGHT LINE TO | 2456601.800 | 334094.660 |
| BY ARC CENTERED AT | 2402327.560 | 327405.250 |
| TO | 2456491.030 | 334939.170 |
| BY STRAIGHT LINE TO | 2450926.200 | 352123.960 |
| BY ARC CENTERED AT | 2398901.000 | 335277.000 |
| TO | 2450600.010 | 353099.830 |
| BY ARC CENTERED AT | 2402327.560 | 327405.250 |
| TO | 2448841.400 | 356161.200 |
| BY ARC CENTERED AT | 2397154.960 | 338301.920 |
| TO | 2448402.460 | 357384.260 |
| BY STRAIGHT LINE TO | 2448203.960 | 358041.630 |
| BY ARC CENTERED AT | 2395853.580 | 342234.170 |
| TO | 2447351.610 | 360629.590 |
| BY STRAIGHT LINE TO | 2445237.930 | 366546.830 |
| BY STRAIGHT LINE TO | 2444812.700 | 367941.320 |
| BY ARC CENTERED AT | 2392505.710 | 351990.870 |
| TO | 2444593.900 | 368641.950 |
| BY STRAIGHT LINE TO | 2443105.010 | 373299.520 |
| BY ARC CENTERED AT | 2391016.820 | 356648.440 |
| TO | 2442033.710 | 376339.020 |
| BY ARC CENTERED AT | 2389552.290 | 360972.090 |
| TO | 2441418.680 | 378301.810 |
| BY STRAIGHT LINE TO | 2441344.850 | 378626.700 |
| BY ARC CENTERED AT | 2388019.490 | 366508.780 |
| TO | 2439779.110 | 384154.840 |
| BY STRAIGHT LINE TO | 2439562.270 | 385005.700 |
| BY ARC CENTERED AT | 2386571.100 | 371501.090 |
| TO | 2438943.520 | 387235.390 |

| Type Code | NAD 27 Texas South Zone (feet) | |
| | x–coordinate | y–coordinate |
| --- | --- | --- |
| BY STRAIGHT LINE TO | 2437602.910 | 391697.680 |
| BY ARC CENTERED AT | 2385230.490 | 375963.380 |
| TO | 2437284.850 | 392719.940 |
| BY STRAIGHT LINE TO | 2436975.360 | 393681.380 |
| BY STRAIGHT LINE TO | 2436280.090 | 396142.280 |
| BY STRAIGHT LINE TO | 2435935.420 | 397450.420 |
| BY ARC CENTERED AT | 2383055.220 | 383517.610 |
| TO | 2435869.020 | 397700.130 |
| BY ARC CENTERED AT | 2382474.620 | 385889.990 |
| TO | 2434395.970 | 403054.240 |
| BY STRAIGHT LINE TO | 2433650.070 | 405310.550 |
| BY STRAIGHT LINE TO | 2433087.580 | 407425.790 |
| BY ARC CENTERED AT | 2380239.370 | 393372.130 |
| TO | 2432993.510 | 407774.870 |
| BY STRAIGHT LINE TO | 2432437.610 | 409811.000 |
| BY STRAIGHT LINE TO | 2432335.870 | 410202.980 |
| BY ARC CENTERED AT | 2379404.950 | 396464.120 |
| TO | 2432157.640 | 410872.290 |
| BY ARC CENTERED AT | 2378627.400 | 399693.960 |
| TO | 2431651.370 | 413069.200 |
| BY STRAIGHT LINE TO | 2431453.470 | 413853.740 |
| BY STRAIGHT LINE TO | 2431013.370 | 415825.730 |
| BY ARC CENTERED AT | 2377641.480 | 403914.410 |
| TO | 2430848.050 | 416543.720 |
| BY STRAIGHT LINE TO | 2430456.820 | 418191.950 |
| BY ARC CENTERED AT | 2377250.250 | 405562.640 |
| TO | 2430081.080 | 419681.490 |
| BY STRAIGHT LINE TO | 2429782.280 | 420799.550 |
| BY ARC CENTERED AT | 2376492.690 | 408525.150 |
| TO | 2429618.410 | 421490.340 |
| BY STRAIGHT LINE TO | 2429425.410 | 422281.170 |
| BY ARC CENTERED AT | 2376299.690 | 409315.980 |
| TO | 2429115.820 | 423489.710 |

8

| Type Code | NAD 27 Texas South Zone (feet) | |
| --- | --- | --- |
| | x–coordinate | y–coordinate |
| BY STRAIGHT LINE TO | 2428995.000 | 423939.930 |
| BY STRAIGHT LINE TO | 2428815.500 | 424717.220 |
| BY ARC CENTERED AT | 2375532.880 | 412412.700 |
| TO | 2428479.360 | 426091.600 |
| BY STRAIGHT LINE TO | 2428280.980 | 427102.420 |
| BY ARC CENTERED AT | 2374619.700 | 416571.290 |
| TO | 2427686.310 | 429776.450 |
| BY STRAIGHT LINE TO | 2427221.210 | 432117.020 |
| BY ARC CENTERED AT | 2373585.020 | 421458.800 |
| TO | 2426956.130 | 433373.750 |
| BY STRAIGHT LINE TO | 2426718.550 | 434664.430 |
| BY ARC CENTERED AT | 2372937.210 | 424764.650 |
| TO | 2426443.020 | 436059.350 |
| BY ARC CENTERED AT | 2372724.710 | 425822.890 |
| TO | 2425824.030 | 438895.890 |
| BY STRAIGHT LINE TO | 2425299.740 | 441472.100 |
| BY ARC CENTERED AT | 2371166.980 | 433720.610 |
| TO | 2424769.480 | 444547.000 |
| BY STRAIGHT LINE TO | 2424185.850 | 447436.620 |
| BY STRAIGHT LINE TO | 2424127.670 | 447874.140 |
| BY ARC CENTERED AT | 2369919.910 | 440666.050 |
| TO | 2423862.830 | 449643.980 |
| BY ARC CENTERED AT | 2369485.630 | 443850.710 |
| TO | 2423405.660 | 452964.920 |
| BY STRAIGHT LINE TO | 2422577.640 | 457863.520 |
| BY ARC CENTERED AT | 2368657.610 | 448749.310 |
| TO | 2422499.930 | 458312.070 |
| BY STRAIGHT LINE TO | 2422242.120 | 460576.560 |
| BY ARC CENTERED AT | 2367908.210 | 454390.750 |
| TO | 2422182.660 | 461078.510 |
| BY ARC CENTERED AT | 2367641.220 | 457119.550 |
| TO | 2422138.650 | 461644.150 |
| BY STRAIGHT LINE TO | 2422077.650 | 462326.940 |

| Type Code | NAD 27 Texts South Zone (feet) | |
| --- | --- | --- |
| | x–coordinate | y–coordinate |
| BY ARC CENTERED AT | 2367641.220 | 457119.550 |
| TO | 2421804.280 | 464656.200 |
| BY STRAIGHT LINE TO | 2421763.410 | 464949.880 |
| BY ARC CENTERED AT | 2367204.320 | 461242.220 |
| TO | 2421206.650 | 469855.550 |
| BY STRAIGHT LINE TO | 2421192.970 | 469999.840 |
| BY STRAIGHT LINE TO | 2421148.590 | 470607.900 |
| BY ARC CENTERED AT | 2366608.740 | 466627.610 |
| TO | 2421002.790 | 472260.180 |
| BY STRAIGHT LINE TO | 2420625.570 | 475903.050 |
| BY STRAIGHT LINE TO | 2420474.600 | 477959.400 |
| BY STRAIGHT LINE TO | 2420464.560 | 478299.760 |
| BY ARC CENTERED AT | 2365803.390 | 476688.020 |
| TO | 2420421.760 | 479385.270 |
| BY STRAIGHT LINE TO | 2420325.690 | 480908.060 |
| BY STRAIGHT LINE TO | 2420303.780 | 481206.590 |
| BY ARC CENTERED AT | 2365634.650 | 479892.280 |
| TO | 2420301.800 | 481286.650 |
| BY STRAIGHT LINE TO | 2419964.790 | 486628.350 |
| BY STRAIGHT LINE TO | 2419807.600 | 488421.100 |
| BY STRAIGHT LINE TO | 2419815.100 | 489050.630 |
| BY ARC CENTERED AT | 2365134.050 | 489702.030 |
| TO | 2419817.350 | 489279.390 |
| BY STRAIGHT LINE TO | 2419592.920 | 493821.700 |
| BY STRAIGHT LINE TO | 2419588.860 | 494734.230 |
| BY STRAIGHT LINE TO | 2419586.170 | 494766.260 |
| BY STRAIGHT LINE TO | 2419523.860 | 497706.230 |
| BY STRAIGHT LINE TO | 2419529.920 | 501346.460 |
| BY STRAIGHT LINE TO | 2419441.950 | 506501.720 |
| BY STRAIGHT LINE TO | 2419749.610 | 514044.990 |
| BY STRAIGHT LINE TO | 2419872.320 | 516348.740 |
| BY STRAIGHT LINE TO | 2419879.340 | 516771.410 |
| BY STRAIGHT LINE TO | 2419941.610 | 518160.240 |

10

| Type Code | NAD 27 Texas South Zone (feet) | |
| --- | --- | --- |
| | x–coordinate | y–coordinate |
| BY ARC CENTERED AT | 2365564.350 | 523952.890 |
| TO | 2420046.380 | 519246.550 |
| BY STRAIGHT LINE TO | 2420164.830 | 521008.880 |
| BY ARC CENTERED AT | 2365603.000 | 524676.000 |
| TO | 2420189.460 | 521395.780 |
| BY ARC CENTERED AT | 2365564.350 | 523952.890 |
| TO | 2420249.280 | 523965.170 |
| BY STRAIGHT LINE TO | 2420314.570 | 524835.970 |
| BY ARC CENTERED AT | 2366101.610 | 532005.080 |
| TO | 2420323.670 | 524905.110 |
| BY STRAIGHT LINE TO | 2420366.920 | 526247.710 |
| BY STRAIGHT LINE TO | 2421336.030 | 538405.930 |
| BY ARC CENTERED AT | 2366824.000 | 542751.000 |
| TO | 2421428.630 | 539788.670 |
| BY STRAIGHT LINE TO | 2421449.160 | 540167.060 |
| BY STRAIGHT LINE TO | 2421590.660 | 540985.590 |
| BY ARC CENTERED AT | 2367705.000 | 550301.000 |
| TO | 2421629.070 | 541210.570 |
| BY ARC CENTERED AT | 2367242.130 | 546911.620 |
| TO | 2421712.320 | 542070.190 |
| BY STRAIGHT LINE TO | 2421873.460 | 543188.510 |
| BY ARC CENTERED AT | 2367747.500 | 550987.350 |
| TO | 2422133.700 | 545279.250 |
| BY STRAIGHT LINE TO | 2422164.040 | 545456.340 |
| BY ARC CENTERED AT | 2368264.240 | 554689.590 |
| TO | 2422202.260 | 545682.270 |
| BY STRAIGHT LINE TO | 2422522.100 | 548828.020 |
| BY STRAIGHT LINE TO | 2422758.260 | 550124.120 |
| BY ARC CENTERED AT | 2368264.240 | 554689.590 |
| TO | 2422789.160 | 550509.280 |
| BY STRAIGHT LINE TO | 2422844.930 | 550845.260 |
| BY ARC CENTERED AT | 2368898.240 | 559800.470 |
| TO | 2422912.170 | 551260.190 |

| Type Code | NAD 27 Texas South Zone (feet) | |
|---|---|---|
| | x–coordinate | y–coordinate |
| BY ARC CENTERED AT | 2369352.490 | 562296.570 |
| TO | 2423047.950 | 551940.930 |
| BY STRAIGHT LINE TO | 2423261.620 | 553048.840 |
| BY STRAIGHT LINE TO | 2423600.420 | 555115.010 |
| BY STRAIGHT LINE TO | 2424692.350 | 560776.670 |
| BY ARC CENTERED AT | 2370786.300 | 569973.380 |
| TO | 2424763.300 | 561202.680 |
| BY STRAIGHT LINE TO | 2424936.150 | 562266.460 |
| BY ARC CENTERED AT | 2371804.880 | 575209.000 |
| TO | 2425189.960 | 563356.800 |
| BY STRAIGHT LINE TO | 2425603.330 | 565500.130 |
| BY STRAIGHT LINE TO | 2425719.410 | 566062.140 |
| BY ARC CENTERED AT | 2371804.880 | 575209.000 |
| TO | 2425970.990 | 567694.050 |
| BY ARC CENTERED AT | 2372891.700 | 580848.170 |
| TO | 2426476.550 | 569934.620 |
| BY STRAIGHT LINE TO | 2426759.750 | 571094.040 |
| BY ARC CENTERED AT | 2373636.620 | 584069.970 |
| TO | 2427001.620 | 572127.690 |
| BY STRAIGHT LINE TO | 2427068.030 | 572424.430 |
| BY ARC CENTERED AT | 2374312.620 | 586822.650 |
| TO | 2428075.200 | 576821.310 |
| BY STRAIGHT LINE TO | 2428113.770 | 577028.640 |
| BY ARC CENTERED AT | 2375731.900 | 592731.550 |
| TO | 2429540.890 | 582983.010 |
| BY STRAIGHT LINE TO | 2429922.920 | 584415.650 |
| BY ARC CENTERED AT | 2377084.350 | 598505.620 |
| TO | 2430569.690 | 587114.410 |
| BY ARC CENTERED AT | 2377692.260 | 601057.820 |
| TO | 2430741.360 | 587782.480 |
| BY STRAIGHT LINE TO | 2431599.780 | 590546.360 |
| BY ARC CENTERED AT | 2379375.720 | 606766.390 |
| TO | 2432118.430 | 592321.740 |

| Type Code | NAD 27 Texas South Zone (feet) | |
|---|---|---|
| | x–coordinate | y–coordinate |
| BY STRAIGHT LINE TO | 2432320.820 | 593060.740 |
| BY ARC CENTERED AT | 2379578.110 | 607505.390 |
| TO | 2432613.420 | 594175.070 |
| BY ARC CENTERED AT | 2380766.020 | 611561.520 |
| TO | 2433949.830 | 598836.580 |
| BY STRAIGHT LINE TO | 2434474.510 | 600505.210 |
| BY ARC CENTERED AT | 2382307.710 | 616908.460 |
| TO | 2434941.410 | 602071.520 |
| BY STRAIGHT LINE TO | 2435346.570 | 603508.820 |
| BY ARC CENTERED AT | 2384049.050 | 622456.270 |
| TO | 2436335.810 | 606439.530 |
| BY STRAIGHT LINE TO | 2436562.320 | 607178.960 |
| BY ARC CENTERED AT | 2385120.810 | 625731.940 |
| TO | 2436838.740 | 607964.060 |
| BY STRAIGHT LINE TO | 2437860.380 | 611265.290 |
| BY STRAIGHT LINE TO | 2440773.250 | 619882.130 |
| BY STRAIGHT LINE TO | 2443621.860 | 627687.240 |
| BY STRAIGHT LINE TO | 2446144.590 | 633614.600 |
| BY STRAIGHT LINE TO | 2449255.470 | 641224.720 |
| BY STRAIGHT LINE TO | 2451943.700 | 647349.180 |
| BY ARC CENTERED AT | 2403216.710 | 672170.980 |
| TO | 2453839.050 | 651487.170 |
| BY STRAIGHT LINE TO | 2454354.520 | 652748.750 |
| BY ARC CENTERED AT | 2404751.450 | 675769.980 |
| TO | 2455233.950 | 654747.150 |
| BY STRAIGHT LINE TO | 2456428.610 | 657615.910 |
| BY STRAIGHT LINE TO | 2457409.770 | 659715.620 |
| BY STRAIGHT LINE TO | 2457492.800 | 659881.530 |
| BY STRAIGHT LINE TO | 2457880.700 | 660588.980 |
| BY ARC CENTERED AT | 2409930.560 | 686880.150 |
| TO | 2459681.540 | 664180.340 |
| BY ARC CENTERED AT | 2410622.500 | 688339.230 |
| TO | 2460486.730 | 665889.290 |

| Type Code | NAD 27<br>Texas South Zone (feet)<br>x-coordinate | y-coordinate |
|---|---|---|
| BY STRAIGHT LINE TO | 2461860.990 | 668941.700 |
| BY ARC CENTERED AT | 2411996.760 | 691391.640 |
| TO | 2462119.470 | 669524.870 |
| BY ARC CENTERED AT | 2412857.140 | 693266.490 |
| TO | 2463355.690 | 672282.250 |
| BY ARC CENTERED AT | 2414870.770 | 697573.640 |
| TO | 2466048.730 | 678305.590 |
| BY STRAIGHT LINE TO | 2466166.030 | 678617.150 |
| BY STRAIGHT LINE TO | 2467162.470 | 680797.150 |
| BY ARC CENTERED AT | 2417426.790 | 703530.470 |
| TO | 2467494.230 | 681537.440 |
| BY STRAIGHT LINE TO | 2469260.580 | 685558.560 |
| BY ARC CENTERED AT | 2419193.140 | 707551.590 |
| TO | 2470435.270 | 688454.830 |
| BY STRAIGHT LINE TO | 2471688.830 | 691818.490 |
| BY STRAIGHT LINE TO | 2471885.230 | 692323.690 |
| BY STRAIGHT LINE TO | 2472205.200 | 692969.770 |
| BY ARC CENTERED AT | 2423200.660 | 717239.030 |
| TO | 2472310.610 | 693183.800 |
| BY STRAIGHT LINE TO | 2473617.860 | 695852.620 |
| BY ARC CENTERED AT | 2426284.340 | 723238.370 |
| TO | 2475216.930 | 698824.380 |
| BY STRAIGHT LINE TO | 2475401.770 | 699194.860 |
| BY ARC CENTERED AT | 2431965.410 | 732417.200 |
| TO | 2477193.450 | 701678.530 |
| BY STRAIGHT LINE TO | 2477226.150 | 701747.670 |
| BY STRAIGHT LINE TO | 2482144.440 | 710612.870 |
| BY ARC CENTERED AT | 2432146.070 | 732762.470 |
| TO | 2483702.310 | 714530.740 |
| BY ARC CENTERED AT | 2439420.060 | 746616.940 |
| TO | 2488071.690 | 721647.760 |
| BY STRAIGHT LINE TO | 2488180.360 | 721859.490 |
| BY ARC CENTERED AT | 2441291.670 | 750000.080 |

| Type Code | NAD 27 Texas South Zone (feet) | |
| --- | --- | --- |
| | x–coordinate | y–coordinate |
| TO | 2489005.570 | 723282.570 |
| BY STRAIGHT LINE TO | 2489076.160 | 723408.630 |
| BY ARC CENTERED AT | 2443300.190 | 753325.220 |
| TO | 2491593.620 | 727670.080 |
| BY STRAIGHT LINE TO | 2491955.580 | 728217.450 |
| BY ARC CENTERED AT | 2446341.710 | 758380.620 |
| TO | 2494300.900 | 732105.970 |
| BY STRAIGHT LINE TO | 2495840.520 | 734483.860 |
| BY ARC CENTERED AT | 2449937.320 | 764204.860 |
| TO | 2496595.180 | 735683.190 |
| BY ARC CENTERED AT | 2452452.610 | 767961.280 |
| TO | 2498869.230 | 739048.680 |
| BY ARC CENTERED AT | 2455279.690 | 772069.780 |
| TO | 2500456.130 | 741255.320 |
| BY STRAIGHT LINE TO | 2500712.690 | 741564.640 |
| BY ARC CENTERED AT | 2458621.980 | 776476.150 |
| TO | 2504252.800 | 746338.630 |
| BY STRAIGHT LINE TO | 2505354.910 | 748007.320 |
| BY ARC CENTERED AT | 2459724.090 | 778144.840 |
| TO | 2505590.820 | 748367.590 |
| BY STRAIGHT LINE TO | 2505983.500 | 748889.880 |
| BY STRAIGHT LINE TO | 2511490.700 | 757056.430 |
| BY STRAIGHT LINE TO | 2515271.770 | 762239.850 |
| BY ARC CENTERED AT | 2471092.000 | 794467.000 |
| TO | 2522659.430 | 776266.950 |
| BY ARC CENTERED AT | 2469699.060 | 789891.960 |
| TO | 2523181.540 | 778487.310 |
| BY STRAIGHT LINE TO | 2524130.650 | 780076.610 |
| BY ARC CENTERED AT | 2477180.560 | 808114.640 |
| TO | 2524616.270 | 780906.270 |
| BY STRAIGHT LINE TO | 2525688.370 | 782775.400 |
| BY STRAIGHT LINE TO | 2526405.610 | 783873.390 |
| BY STRAIGHT LINE TO | 2526912.250 | 784575.150 |
| BY ARC CENTERED AT | 2485221.810 | 819963.690 |

| Type Code | NAD 27 Texas South Zone (feet) | |
| --- | --- | --- |
| | x–coordinate | y–coordinate |
| TO | 2529566.360 | 787963.660 |
| BY STRAIGHT LINE TO | 2530120.660 | 788731.790 |
| BY ARC CENTERED AT | 2485776.110 | 820731.820 |
| TO | 2530599.690 | 789406.300 |
| BY STRAIGHT LINE TO | 2532693.510 | 792048.080 |
| BY ARC CENTERED AT | 2489837.050 | 826015.210 |
| TO | 2533104.660 | 792573.390 |

| Type Code | NAD 27 Texas South Central Zone (feet) | |
| --- | --- | --- |
| | x–coordinate | y–coordinate |
| BEGINNING AT | 2694807.370 | 7920.000 |
| BY ARC CENTERED AT | 2651368.410 | 41138.940 |
| TO | 2695028.050 | 8210.570 |
| BY STRAIGHT LINE TO | 2696328.030 | 9934.210 |
| BY ARC CENTERED AT | 2652668.390 | 42862.580 |
| TO | 2697132.900 | 11029.450 |
| BY STRAIGHT LINE TO | 2697605.010 | 11688.900 |
| BY STRAIGHT LINE TO | 2698950.860 | 13543.300 |
| BY STRAIGHT LINE TO | 2699068.710 | 13696.800 |
| BY ARC CENTERED AT | 2655692.950 | 46998.220 |
| TO | 2699266.660 | 13956.230 |
| BY STRAIGHT LINE TO | 2700474.150 | 15548.600 |
| BY STRAIGHT LINE TO | 2701138.660 | 16356.020 |
| BY ARC CENTERED AT | 2658914.680 | 51106.230 |
| TO | 2703459.340 | 19385.340 |
| BY STRAIGHT LINE TO | 2704242.140 | 20343.120 |
| BY STRAIGHT LINE TO | 2706136.980 | 22576.320 |
| BY ARC CENTERED AT | 2664439.240 | 57956.260 |
| TO | 2707160.620 | 23819.400 |
| BY STRAIGHT LINE TO | 2707981.110 | 24846.220 |
| BY ARC CENTERED AT | 2668397.030 | 62576.080 |

| | NAD 27 Texas South Central Zone (feet) | |
| --- | --- | --- |
| Type Code | x–coordinate | y–coordinate |
| TO | 2711386.470 | 28777.420 |
| BY ARC CENTERED AT | 2672807.810 | 67534.720 |
| TO | 2712913.170 | 30359.440 |
| BY STRAIGHT LINE TO | 2714851.590 | 32807.340 |
| BY STRAIGHT LINE TO | 2720375.410 | 38908.640 |
| BY STRAIGHT LINE TO | 2724706.490 | 43579.770 |
| BY STRAIGHT LINE TO | 2727377.400 | 46418.300 |
| BY ARC CENTERED AT | 2691713.000 | 87873.000 |
| TO | 2728696.140 | 47590.380 |
| BY STRAIGHT LINE TO | 2729240.290 | 48143.360 |
| BY ARC CENTERED AT | 2690262.500 | 86499.240 |
| TO | 2731180.770 | 50220.650 |
| BY STRAIGHT LINE TO | 2732208.340 | 51122.910 |
| BY ARC CENTERED AT | 2691713.000 | 87873.000 |
| TO | 2733517.040 | 52618.730 |
| BY STRAIGHT LINE TO | 2745286.590 | 64044.590 |
| BY STRAIGHT LINE TO | 2759114.410 | 76841.960 |
| BY STRAIGHT LINE TO | 2760917.070 | 78431.750 |
| BY STRAIGHT LINE TO | 2775278.440 | 90137.930 |
| BY STRAIGHT LINE TO | 2780827.390 | 94573.040 |
| BY ARC CENTERED AT | 2746685.000 | 137290.000 |
| TO | 2782550.130 | 96008.850 |
| BY STRAIGHT LINE TO | 2783851.500 | 97139.490 |
| BY STRAIGHT LINE TO | 2791481.830 | 102793.450 |
| BY STRAIGHT LINE TO | 2800074.060 | 109136.540 |
| BY STRAIGHT LINE TO | 2807481.710 | 114229.980 |
| BY STRAIGHT LINE TO | 2814202.430 | 118282.770 |
| BY ARC CENTERED AT | 2785963.000 | 165112.000 |
| TO | 2815384.430 | 119016.220 |
| BY STRAIGHT LINE TO | 2824561.520 | 124873.660 |
| BY STRAIGHT LINE TO | 2831319.290 | 128676.100 |
| BY STRAIGHT LINE TO | 2836670.030 | 131276.120 |
| BY STRAIGHT LINE TO | 2839196.630 | 132253.910 |

| Type Code | NAD 27 Texas South Central Zone (feet) | |
| | x–coordinate | y–coordinate |
|---|---|---|
| BY ARC CENTERED AT | 2819460.000 | 183253.000 |
| TO | 2840052.770 | 132593.560 |
| BY STRAIGHT LINE TO | 2843903.410 | 134158.820 |
| BY STRAIGHT LINE TO | 2844183.740 | 134312.590 |
| BY STRAIGHT LINE TO | 2844955.770 | 134703.330 |
| BY STRAIGHT LINE TO | 2845872.960 | 135155.240 |
| BY ARC CENTERED AT | 2825497.270 | 185902.390 |
| TO | 2849289.540 | 136664.510 |
| BY STRAIGHT LINE TO | 2851199.390 | 137587.370 |
| BY ARC CENTERED AT | 2827407.120 | 186825.250 |
| TO | 2856405.590 | 140462.220 |
| BY STRAIGHT LINE TO | 2858663.940 | 141874.740 |
| BY ARC CENTERED AT | 2829665.470 | 188237.770 |
| TO | 2863238.310 | 145071.740 |
| BY STRAIGHT LINE TO | 2864474.860 | 146033.480 |
| BY ARC CENTERED AT | 2830902.020 | 189199.510 |
| TO | 2869325.100 | 150287.970 |
| BY STRAIGHT LINE TO | 2871170.070 | 152109.780 |
| BY ARC CENTERED AT | 2832746.990 | 191021.320 |
| TO | 2873748.790 | 154837.150 |
| BY STRAIGHT LINE TO | 2874832.670 | 156065.340 |
| BY ARC CENTERED AT | 2833830.870 | 192249.510 |
| TO | 2876665.940 | 158255.420 |
| BY ARC CENTERED AT | 2835315.130 | 194040.220 |
| TO | 2884219.480 | 169569.700 |
| BY STRAIGHT LINE TO | 2885787.250 | 172702.890 |
| BY ARC CENTERED AT | 2836882.900 | 197173.410 |
| TO | 2887801.040 | 177228.870 |
| BY ARC CENTERED AT | 2861037.520 | 224916.980 |
| TO | 2892534.140 | 180213.460 |
| BY ARC CENTERED AT | 2843740.000 | 204903.000 |
| TO | 2893217.860 | 181613.880 |
| BY STRAIGHT LINE TO | 2899305.200 | 186971.240 |

| | NAD 27 Texas South Central Zone (feet) | |
| --- | --- | --- |
| Type Code | x–coordinate | y–coordinate |
| BY STRAIGHT LINE TO | 2899402.030 | 187052.190 |
| BY STRAIGHT LINE TO | 2902597.410 | 189375.210 |
| BY ARC CENTERED AT | 2861037.520 | 224916.980 |
| TO | 2903033.110 | 189891.110 |
| BY STRAIGHT LINE TO | 2904106.160 | 190615.100 |
| BY ARC CENTERED AT | 2873520.570 | 235946.800 |
| TO | 2905080.870 | 191288.220 |
| BY STRAIGHT LINE TO | 2906715.280 | 192443.260 |
| BY STRAIGHT LINE TO | 2907638.010 | 193039.690 |
| BY STRAIGHT LINE TO | 2908291.270 | 193514.600 |
| BY STRAIGHT LINE TO | 2909528.920 | 194309.070 |
| BY STRAIGHT LINE TO | 2913234.320 | 196854.940 |
| BY ARC CENTERED AT | 2882266.880 | 241926.650 |
| TO | 2913575.440 | 197091.220 |
| BY STRAIGHT LINE TO | 2916494.860 | 199129.850 |
| BY ARC CENTERED AT | 2885186.300 | 243965.280 |
| TO | 2917722.370 | 200012.520 |
| BY STRAIGHT LINE TO | 2921608.890 | 202889.520 |
| BY ARC CENTERED AT | 2889072.820 | 246842.280 |
| TO | 2922355.840 | 203452.390 |
| BY STRAIGHT LINE TO | 2924874.060 | 204954.900 |
| BY STRAIGHT LINE TO | 2925427.680 | 205261.000 |
| BY ARC CENTERED AT | 2898967.370 | 253118.010 |
| TO | 2926410.500 | 205817.730 |
| BY STRAIGHT LINE TO | 2929730.690 | 207744.070 |
| BY ARC CENTERED AT | 2902287.560 | 255044.350 |
| TO | 2929788.430 | 207777.620 |
| BY STRAIGHT LINE TO | 2933284.200 | 209811.540 |
| BY STRAIGHT LINE TO | 2935512.090 | 211057.520 |
| BY STRAIGHT LINE TO | 2938136.100 | 212469.450 |
| BY ARC CENTERED AT | 2912224.160 | 260625.580 |
| TO | 2940025.910 | 213535.190 |
| BY STRAIGHT LINE TO | 2941803.060 | 214584.410 |

| Type Code | NAD 27 Texas South Central Zone (feet) | |
| --- | --- | --- |
| | x–coordinate | y–coordinate |
| BY STRAIGHT LINE TO | 2945705.860 | 216708.220 |
| BY ARC CENTERED AT | 2919567.150 | 264741.640 |
| TO | 2945971.370 | 216853.660 |
| BY STRAIGHT LINE TO | 2950356.990 | 219271.780 |
| BY ARC CENTERED AT | 2923952.770 | 267159.760 |
| TO | 2952750.810 | 220671.970 |
| BY STRAIGHT LINE TO | 2952941.730 | 220766.740 |
| BY ARC CENTERED AT | 2928628.000 | 269749.230 |
| TO | 2954636.540 | 221645.200 |
| BY STRAIGHT LINE TO | 2955570.580 | 222150.210 |
| BY ARC CENTERED AT | 2929562.040 | 270254.240 |
| TO | 2956349.210 | 222579.420 |
| BY STRAIGHT LINE TO | 2958574.420 | 223829.710 |
| BY ARC CENTERED AT | 2934873.920 | 273111.830 |
| TO | 2960692.460 | 224905.560 |
| BY STRAIGHT LINE TO | 2963431.970 | 226372.800 |
| BY STRAIGHT LINE TO | 2965204.970 | 227236.970 |
| BY ARC CENTERED AT | 2941245.650 | 276393.790 |
| TO | 2967432.070 | 228386.360 |
| BY ARC CENTERED AT | 2945032.090 | 278273.060 |
| TO | 2971422.390 | 230377.410 |
| BY STRAIGHT LINE TO | 2972631.480 | 231043.620 |
| BY STRAIGHT LINE TO | 2973791.840 | 231637.530 |
| BY STRAIGHT LINE TO | 2974855.500 | 232126.290 |
| BY STRAIGHT LINE TO | 2975886.050 | 232563.650 |
| BY ARC CENTERED AT | 2954522.400 | 282902.860 |
| TO | 2979713.960 | 234366.000 |
| BY STRAIGHT LINE TO | 2981251.110 | 235163.810 |
| BY ARC CENTERED AT | 2962694.900 | 286604.150 |
| TO | 2983148.800 | 235888.480 |
| BY STRAIGHT LINE TO | 2985123.210 | 236684.770 |
| BY ARC CENTERED AT | 2964669.310 | 287400.440 |
| TO | 2987350.630 | 237641.030 |

| Type Code | NAD 27 Texas South Central Zone (feet) | |
| --- | --- | --- |
| | x–coordinate | y–coordinate |
| BY STRAIGHT LINE TO | 2989974.540 | 238837.060 |
| BY ARC CENTERED AT | 2967293.220 | 288596.470 |
| TO | 2991504.860 | 239563.440 |
| BY STRAIGHT LINE TO | 2992692.050 | 240149.650 |
| BY STRAIGHT LINE TO | 2994157.460 | 240845.210 |
| BY ARC CENTERED AT | 2970708.630 | 290247.580 |
| TO | 2996836.490 | 242208.260 |
| BY ARC CENTERED AT | 2975121.040 | 292396.710 |
| TO | 2998927.060 | 243165.470 |
| BY STRAIGHT LINE TO | 3001943.270 | 244623.970 |
| BY STRAIGHT LINE TO | 3005992.320 | 246501.780 |
| BY STRAIGHT LINE TO | 3006383.000 | 246669.180 |
| BY ARC CENTERED AT | 2984845.740 | 296934.360 |
| TO | 3010364.330 | 248568.640 |
| BY STRAIGHT LINE TO | 3012157.230 | 249514.600 |
| BY STRAIGHT LINE TO | 3012669.720 | 249751.240 |
| BY STRAIGHT LINE TO | 3015766.180 | 251135.710 |
| BY ARC CENTERED AT | 2993445.230 | 301057.820 |
| TO | 3018223.300 | 252308.580 |
| BY STRAIGHT LINE TO | 3020665.560 | 253549.920 |
| BY STRAIGHT LINE TO | 3023218.950 | 254739.210 |
| BY ARC CENTERED AT | 3000130.070 | 304310.830 |
| TO | 3025066.900 | 255642.610 |
| BY STRAIGHT LINE TO | 3027348.820 | 256811.830 |
| BY ARC CENTERED AT | 3002411.990 | 305480.050 |
| TO | 3028551.970 | 257447.320 |
| BY STRAIGHT LINE TO | 3032126.990 | 259392.890 |
| BY STRAIGHT LINE TO | 3034886.150 | 260872.740 |
| BY ARC CENTERED AT | 3011486.350 | 310298.350 |
| TO | 3036787.320 | 261818.430 |
| BY STRAIGHT LINE TO | 3040213.090 | 263606.290 |
| BY ARC CENTERED AT | 3014912.120 | 312086.210 |
| TO | 3042854.470 | 265079.120 |

| Type Code | NAD 27 Texas South Central Zone (feet) | |
| --- | --- | --- |
| | x-coordinate | y-coordinate |
| BY STRAIGHT LINE TO | 3043391.400 | 265398.290 |
| BY STRAIGHT LINE TO | 3044340.600 | 265915.800 |
| BY STRAIGHT LINE TO | 3045260.030 | 266396.740 |
| BY ARC CENTERED AT | 3019913.320 | 314852.760 |
| TO | 3050465.910 | 269498.810 |
| BY STRAIGHT LINE TO | 3050938.340 | 269775.110 |
| BY ARC CENTERED AT | 3023330.840 | 316979.640 |
| TO | 3052959.320 | 271016.670 |
| BY STRAIGHT LINE TO | 3053570.440 | 271410.610 |
| BY STRAIGHT LINE TO | 3054073.930 | 271681.910 |
| BY ARC CENTERED AT | 3028133.560 | 319822.730 |
| TO | 3055171.330 | 272289.580 |
| BY STRAIGHT LINE TO | 3056933.050 | 273291.680 |
| BY ARC CENTERED AT | 3029895.280 | 320824.830 |
| TO | 3057177.250 | 273431.420 |
| BY STRAIGHT LINE TO | 3059433.260 | 274730.090 |
| BY ARC CENTERED AT | 3032151.290 | 322123.500 |
| TO | 3062556.130 | 276670.370 |
| BY STRAIGHT LINE TO | 3062977.270 | 276952.080 |
| BY ARC CENTERED AT | 3036185.280 | 324624.200 |
| TO | 3064898.830 | 278084.180 |
| BY STRAIGHT LINE TO | 3067021.350 | 279393.700 |
| BY ARC CENTERED AT | 3038307.800 | 325933.720 |
| TO | 3069004.830 | 280677.400 |
| BY STRAIGHT LINE TO | 3069637.340 | 281067.730 |
| BY ARC CENTERED AT | 3043468.560 | 329084.770 |
| TO | 3073035.950 | 283082.470 |
| BY STRAIGHT LINE TO | 3074010.760 | 283709.020 |
| BY STRAIGHT LINE TO | 3075822.560 | 284817.110 |
| BY ARC CENTERED AT | 3047290.570 | 331468.660 |
| TO | 3078656.890 | 286673.620 |
| BY STRAIGHT LINE TO | 3079619.950 | 287347.970 |
| BY ARC CENTERED AT | 3049567.270 | 333034.710 |

| Type Code | NAD 27<br>Texas South Central<br>Zone (feet)<br>x-coordinate | y-coordinate |
|---|---|---|
| TO | 3079702.580 | 287402.430 |
| BY STRAIGHT LINE TO | 3082003.660 | 288922.050 |
| BY ARC CENTERED AT | 3054525.300 | 336201.870 |
| TO | 3085421.450 | 291081.260 |
| BY STRAIGHT LINE TO | 3088773.840 | 293376.800 |
| BY STRAIGHT LINE TO | 3090741.410 | 294610.440 |
| BY ARC CENTERED AT | 3061692.160 | 340941.670 |
| TO | 3092340.220 | 295652.180 |
| BY STRAIGHT LINE TO | 3094116.700 | 296854.350 |
| BY ARC CENTERED AT | 3063468.640 | 342143.840 |
| TO | 3095040.470 | 297493.410 |
| BY STRAIGHT LINE TO | 3095430.140 | 297768.940 |
| BY STRAIGHT LINE TO | 3096912.310 | 298585.120 |
| BY ARC CENTERED AT | 3070534.190 | 346487.480 |
| TO | 3098138.840 | 299281.290 |
| BY STRAIGHT LINE TO | 3100464.140 | 300641.050 |
| BY ARC CENTERED AT | 3072859.490 | 347847.240 |
| TO | 3101787.990 | 301440.520 |
| BY ARC CENTERED AT | 3076027.690 | 349677.940 |
| TO | 3104438.060 | 302952.230 |
| BY STRAIGHT LINE TO | 3106979.340 | 304497.390 |
| BY ARC CENTERED AT | 3078568.970 | 351223.100 |
| TO | 3108249.870 | 305293.960 |
| BY STRAIGHT LINE TO | 3109812.630 | 306303.870 |
| BY STRAIGHT LINE TO | 3110194.100 | 306530.950 |
| BY ARC CENTERED AT | 3085475.680 | 355310.470 |
| TO | 3112099.850 | 307544.430 |
| BY STRAIGHT LINE TO | 3113786.380 | 308484.480 |
| BY ARC CENTERED AT | 3087162.210 | 356250.520 |
| TO | 3116712.170 | 310237.030 |
| BY STRAIGHT LINE TO | 3117589.020 | 310800.150 |
| BY STRAIGHT LINE TO | 3118082.780 | 311090.820 |
| BY ARC CENTERED AT | 3090340.260 | 358216.120 |

| | NAD 27 Texas South Central Zone (feet) | |
| --- | --- | --- |
| Type Code | x–coordinate | y–coordinate |
| TO | 3118621.310 | 311412.020 |
| BY STRAIGHT LINE TO | 3121372.570 | 313074.450 |
| BY ARC CENTERED AT | 3093091.520 | 359878.550 |
| TO | 3123784.330 | 314619.370 |
| BY STRAIGHT LINE TO | 3125238.200 | 315605.320 |
| BY ARC CENTERED AT | 3096351.420 | 362038.020 |
| TO | 3127470.950 | 317071.180 |
| BY ARC CENTERED AT | 3098829.320 | 363655.500 |
| TO | 3128388.830 | 317648.140 |
| BY STRAIGHT LINE TO | 3130157.030 | 318784.200 |
| BY ARC CENTERED AT | 3100597.520 | 364791.560 |
| TO | 3133615.320 | 321199.510 |
| BY STRAIGHT LINE TO | 3134125.290 | 321585.770 |
| BY STRAIGHT LINE TO | 3134198.270 | 321637.080 |
| BY STRAIGHT LINE TO | 3135152.370 | 322234.400 |
| BY ARC CENTERED AT | 3106134.000 | 368584.970 |
| TO | 3136413.270 | 323048.090 |
| BY ARC CENTERED AT | 3112530.430 | 372242.110 |
| TO | 3143150.490 | 326933.680 |
| BY STRAIGHT LINE TO | 3147344.680 | 329768.170 |
| BY STRAIGHT LINE TO | 3151130.960 | 332331.990 |
| BY ARC CENTERED AT | 3120469.880 | 377612.660 |
| TO | 3151869.500 | 332840.960 |
| BY STRAIGHT LINE TO | 3154262.980 | 334519.580 |
| BY STRAIGHT LINE TO | 3154408.100 | 334609.950 |
| BY ARC CENTERED AT | 3125499.620 | 381029.140 |
| TO | 3156953.120 | 336295.270 |
| BY STRAIGHT LINE TO | 3157670.040 | 336799.350 |
| BY STRAIGHT LINE TO | 3159482.250 | 337125.970 |
| BY ARC CENTERED AT | 3149782.580 | 390943.790 |
| TO | 3160057.260 | 337232.780 |
| BY STRAIGHT LINE TO | 3168664.390 | 342866.180 |
| BY ARC CENTERED AT | 3138717.000 | 388622.000 |

| Type Code | NAD 27 Texas South Central Zone (feet) | |
| --- | --- | --- |
| | x–coordinate | y–coordinate |
| TO | 3172530.430 | 345644.170 |
| BY STRAIGHT LINE TO | 3177771.360 | 349048.780 |
| BY ARC CENTERED AT | 3147981.000 | 394907.000 |
| TO | 3178426.110 | 349480.830 |
| BY STRAIGHT LINE TO | 3184351.110 | 353451.830 |
| BY ARC CENTERED AT | 3153906.000 | 398878.000 |
| TO | 3185298.270 | 354101.140 |
| BY STRAIGHT LINE TO | 3196291.270 | 361808.140 |
| BY ARC CENTERED AT | 3164899.000 | 406585.000 |
| TO | 3197099.170 | 362385.560 |
| BY STRAIGHT LINE TO | 3203248.120 | 366865.190 |
| BY STRAIGHT LINE TO | 3203445.000 | 366995.000 |
| BY STRAIGHT LINE TO | 3205263.990 | 368189.780 |
| BY ARC CENTERED AT | 3182950.000 | 418115.000 |
| TO | 3213258.850 | 372597.800 |
| BY STRAIGHT LINE TO | 3214102.850 | 373159.800 |
| BY ARC CENTERED AT | 3183794.000 | 418677.000 |
| TO | 3230735.560 | 390624.700 |
| BY STRAIGHT LINE TO | 3234005.440 | 393622.130 |
| BY ARC CENTERED AT | 3191421.540 | 427930.340 |
| TO | 3235623.940 | 395734.230 |
| BY STRAIGHT LINE TO | 3235703.680 | 395823.380 |
| BY STRAIGHT LINE TO | 3236968.730 | 397155.570 |
| BY STRAIGHT LINE TO | 3237336.470 | 397529.310 |
| BY STRAIGHT LINE TO | 3237447.590 | 397632.950 |
| BY ARC CENTERED AT | 3203126.420 | 440206.400 |
| TO | 3239992.950 | 399817.040 |
| BY STRAIGHT LINE TO | 3243250.850 | 402790.780 |
| BY ARC CENTERED AT | 3206384.320 | 443180.140 |
| TO | 3243687.070 | 403193.310 |
| BY STRAIGHT LINE TO | 3244158.230 | 403632.840 |
| BY ARC CENTERED AT | 3209175.210 | 445664.140 |
| TO | 3244505.920 | 403924.680 |

NAD 27
Texas South Central
Zone (feet)

| Type Code | x–coordinate | y–coordinate |
|---|---|---|
| BY STRAIGHT LINE TO | 3247383.500 | 406360.430 |
| BY STRAIGHT LINE TO | 3248550.260 | 407332.580 |
| BY STRAIGHT LINE TO | 3250566.680 | 409015.370 |
| BY ARC CENTERED AT | 3215528.190 | 451000.440 |
| TO | 3251544.470 | 409851.090 |
| BY STRAIGHT LINE TO | 3252539.180 | 410721.710 |
| BY STRAIGHT LINE TO | 3253180.840 | 411216.120 |
| BY ARC CENTERED AT | 3219804.150 | 454534.000 |
| TO | 3256039.510 | 413577.440 |
| BY STRAIGHT LINE TO | 3256601.470 | 414074.630 |
| BY STRAIGHT LINE TO | 3258779.810 | 415787.870 |
| BY ARC CENTERED AT | 3224973.600 | 458771.370 |
| TO | 3260398.810 | 417112.080 |
| BY STRAIGHT LINE TO | 3261666.450 | 418190.020 |
| BY STRAIGHT LINE TO | 3263134.150 | 419399.800 |
| BY ARC CENTERED AT | 3228352.030 | 461597.500 |
| TO | 3265357.350 | 421335.260 |
| BY STRAIGHT LINE TO | 3265683.050 | 421566.250 |
| BY STRAIGHT LINE TO | 3267865.630 | 422928.010 |
| BY ARC CENTERED AT | 3238918.550 | 469323.140 |
| TO | 3284820.550 | 439600.280 |
| BY STRAIGHT LINE TO | 3285244.500 | 440255.000 |
| BY ARC CENTERED AT | 3239342.500 | 469977.860 |
| TO | 3288053.370 | 445124.430 |
| BY STRAIGHT LINE TO | 3288295.590 | 445337.940 |
| BY STRAIGHT LINE TO | 3290052.170 | 446826.760 |
| BY STRAIGHT LINE TO | 3293012.610 | 449248.210 |
| BY ARC CENTERED AT | 3258390.270 | 491577.100 |
| TO | 3293509.770 | 449659.770 |
| BY STRAIGHT LINE TO | 3295639.350 | 451443.990 |
| BY STRAIGHT LINE TO | 3299972.020 | 454715.540 |
| BY ARC CENTERED AT | 3267019.120 | 498356.660 |
| TO | 3300771.900 | 455331.180 |

26

| | NAD 27 Texas South Central Zone (feet) | |
|----------------------------|--------------|--------------|
| Type Code | x–coordinate | y–coordinate |
| BY STRAIGHT LINE TO | 3304170.660 | 457997.450 |
| BY STRAIGHT LINE TO | 3306387.000 | 459641.100 |
| BY STRAIGHT LINE TO | 3315159.420 | 466351.910 |
| BY STRAIGHT LINE TO | 3320930.060 | 470563.630 |
| BY STRAIGHT LINE TO | 3328194.780 | 475602.400 |
| BY STRAIGHT LINE TO | 3332182.650 | 478117.310 |
| BY ARC CENTERED AT | 3300182.310 | 522461.640 |
| TO | 3337137.810 | 482153.660 |
| BY ARC CENTERED AT | 3304106.530 | 525735.500 |
| TO | 3338662.180 | 483352.150 |
| BY ARC CENTERED AT | 3306777.090 | 527779.420 |
| TO | 3339969.760 | 484320.380 |
| BY STRAIGHT LINE TO | 3341183.900 | 485247.700 |
| BY STRAIGHT LINE TO | 3342310.160 | 485999.640 |
| BY ARC CENTERED AT | 3311945.740 | 531479.790 |
| TO | 3344961.070 | 487885.870 |
| BY STRAIGHT LINE TO | 3345445.170 | 488252.500 |
| BY ARC CENTERED AT | 3315104.830 | 533748.710 |
| TO | 3346381.780 | 488891.230 |
| BY STRAIGHT LINE TO | 3348601.610 | 490439.010 |
| BY ARC CENTERED AT | 3317324.660 | 535296.490 |
| TO | 3348789.000 | 490570.250 |
| BY STRAIGHT LINE TO | 3352514.640 | 493191.190 |
| BY ARC CENTERED AT | 3321050.300 | 537917.430 |
| TO | 3353540.970 | 493931.100 |
| BY STRAIGHT LINE TO | 3356490.310 | 496109.640 |
| BY STRAIGHT LINE TO | 3358425.620 | 497510.560 |
| BY STRAIGHT LINE TO | 3358658.460 | 497656.240 |
| BY STRAIGHT LINE TO | 3359006.390 | 497860.940 |
| BY ARC CENTERED AT | 3331276.600 | 544993.740 |
| TO | 3363039.620 | 500479.110 |
| BY STRAIGHT LINE TO | 3364052.810 | 501202.060 |
| BY STRAIGHT LINE TO | 3365123.820 | 501931.140 |

| Type Code | NAD 27 Texas South Central Zone (feet) | |
| --- | --- | --- |
| | x–coordinate | y–coordinate |
| BY ARC CENTERED AT | 3334351.130 | 547136.040 |
| TO | 3367637.520 | 503748.740 |
| BY ARC CENTERED AT | 3337714.340 | 549520.400 |
| TO | 3368482.930 | 504312.710 |
| BY STRAIGHT LINE TO | 3369268.290 | 504847.230 |
| BY ARC CENTERED AT | 3338499.700 | 550054.920 |
| TO | 3369800.950 | 505214.390 |
| BY STRAIGHT LINE TO | 3372559.410 | 507272.000 |
| BY ARC CENTERED AT | 3338499.700 | 550054.920 |
| TO | 3373614.500 | 508133.660 |
| BY STRAIGHT LINE TO | 3376365.190 | 510437.740 |
| BY ARC CENTERED AT | 3341250.390 | 552359.000 |
| TO | 3377774.640 | 511659.850 |
| BY STRAIGHT LINE TO | 3380903.730 | 514467.960 |
| BY ARC CENTERED AT | 3344379.480 | 555167.110 |
| TO | 3384860.870 | 518401.660 |
| BY STRAIGHT LINE TO | 3385537.490 | 519146.670 |
| BY STRAIGHT LINE TO | 3386633.810 | 520042.560 |
| BY STRAIGHT LINE TO | 3388591.970 | 521628.810 |
| BY ARC CENTERED AT | 3347926.000 | 558190.000 |
| TO | 3393315.840 | 527690.750 |
| BY STRAIGHT LINE TO | 3394122.840 | 528891.750 |
| BY ARC CENTERED AT | 3348733.000 | 559391.000 |
| TO | 3399047.490 | 537969.190 |
| BY STRAIGHT LINE TO | 3399847.490 | 539848.190 |
| BY ARC CENTERED AT | 3349533.000 | 561270.000 |
| TO | 3401544.000 | 544379.250 |
| BY STRAIGHT LINE TO | 3402301.000 | 546710.250 |
| BY ARC CENTERED AT | 3350290.000 | 563601.000 |
| TO | 3404498.140 | 556395.490 |
| BY STRAIGHT LINE TO | 3404679.220 | 557757.790 |
| BY STRAIGHT LINE TO | 3405302.700 | 558362.900 |
| BY STRAIGHT LINE TO | 3407136.430 | 559951.320 |

| | NAD 27 Texas South Central Zone (feet) | |
| Type Code | x–coordinate | y–coordinate |
| --- | --- | --- |
| BY STRAIGHT LINE TO | 3409313.420 | 561569.860 |
| BY STRAIGHT LINE TO | 3413751.663 | 564517.350 |
| BY STRAIGHT LINE TO | 3416817.303 | 566362.990 |
| BY ARC CENTERED AT | 3362234.900 | 569710.060 |
| TO | 3416828.504 | 566550.958 |
| BY STRAIGHT LINE TO | 3418699.836 | 567713.079 |
| BY STRAIGHT LINE TO | 3421382.821 | 569170.219 |
| BY ARC CENTERED AT | 3395283.920 | 617225.280 |
| TO | 3423152.926 | 570174.668 |
| BY STRAIGHT LINE TO | 3425613.944 | 571632.378 |
| BY STRAIGHT LINE TO | 3428804.780 | 573341.880 |
| BY STRAIGHT LINE TO | 3432075.460 | 575071.310 |
| BY STRAIGHT LINE TO | 3437335.520 | 577761.390 |
| BY ARC CENTERED AT | 3412435.990 | 626448.710 |
| TO | 3437610.350 | 577902.930 |
| BY STRAIGHT LINE TO | 3439337.100 | 578798.370 |
| BY ARC CENTERED AT | 3414162.740 | 627344.150 |
| TO | 3440728.600 | 579545.650 |
| BY STRAIGHT LINE TO | 3443235.460 | 580938.940 |
| BY STRAIGHT LINE TO | 3445418.780 | 582040.680 |
| BY STRAIGHT LINE TO | 3447864.630 | 583212.770 |
| BY STRAIGHT LINE TO | 3450072.100 | 584201.860 |
| BY ARC CENTERED AT | 3427711.710 | 634106.320 |
| TO | 3453214.910 | 585732.480 |
| BY STRAIGHT LINE TO | 3454433.220 | 586374.790 |
| BY STRAIGHT LINE TO | 3455501.290 | 586908.130 |
| BY ARC CENTERED AT | 3431070.770 | 635832.470 |
| TO | 3458042.990 | 588262.090 |
| BY STRAIGHT LINE TO | 3458389.230 | 588458.400 |
| BY ARC CENTERED AT | 3435900.240 | 638305.040 |
| TO | 3461841.100 | 590164.480 |
| BY STRAIGHT LINE TO | 3462462.880 | 590465.590 |
| BY ARC CENTERED AT | 3438628.430 | 639683.070 |

| | NAD 27 Texas South Central Zone (feet) | |
| --- | --- | --- |
| Type Code | x-coordinate | y-coordinate |
| TO | 3463035.280 | 590746.920 |
| BY ARC CENTERED AT | 3441833.750 | 641154.620 |
| TO | 3465438.840 | 591826.720 |
| BY STRAIGHT LINE TO | 3468650.230 | 593363.480 |
| BY ARC CENTERED AT | 3445045.140 | 642691.380 |
| TO | 3469131.740 | 593596.800 |
| BY STRAIGHT LINE TO | 3471228.450 | 594625.480 |
| BY ARC CENTERED AT | 3447141.850 | 643720.060 |
| TO | 3471362.930 | 594691.690 |
| BY STRAIGHT LINE TO | 3474132.030 | 596059.680 |
| BY STRAIGHT LINE TO | 3475825.280 | 596817.210 |
| BY ARC CENTERED AT | 3453493.380 | 646734.420 |
| TO | 3476645.540 | 597192.330 |
| BY ARC CENTERED AT | 3456899.830 | 648187.900 |
| TO | 3482481.740 | 599855.640 |
| BY STRAIGHT LINE TO | 3484420.060 | 600717.360 |
| BY ARC CENTERED AT | 3462205.110 | 650686.730 |
| TO | 3484641.120 | 600816.230 |
| BY STRAIGHT LINE TO | 3486522.310 | 601662.550 |
| BY ARC CENTERED AT | 3464086.300 | 651533.050 |
| TO | 3487016.090 | 601887.640 |
| BY STRAIGHT LINE TO | 3491235.290 | 603836.370 |
| BY STRAIGHT LINE TO | 3496213.220 | 606059.140 |
| BY ARC CENTERED AT | 3473916.830 | 655992.220 |
| TO | 3497951.440 | 606872.170 |
| BY STRAIGHT LINE TO | 3498685.120 | 607231.160 |
| BY STRAIGHT LINE TO | 3503806.050 | 609655.650 |
| BY STRAIGHT LINE TO | 3508779.890 | 611990.260 |
| BY ARC CENTERED AT | 3485544.270 | 661493.260 |
| TO | 3511159.360 | 613178.580 |
| BY STRAIGHT LINE TO | 3511659.620 | 613443.800 |
| BY STRAIGHT LINE TO | 3512941.260 | 614091.050 |
| BY STRAIGHT LINE TO | 3515304.430 | 615170.310 |

| Type Code | NAD 27 Texas South Central Zone (feet) | |
| | x-coordinate | y-coordinate |
| --- | --- | --- |
| BY ARC CENTERED AT | 3492586.860 | 664913.190 |
| TO | 3516475.520 | 615722.000 |
| BY STRAIGHT LINE TO | 3518706.360 | 616805.360 |
| BY ARC CENTERED AT | 3494817.700 | 665996.550 |
| TO | 3520121.670 | 617518.200 |
| BY STRAIGHT LINE TO | 3521945.880 | 618470.370 |
| BY STRAIGHT LINE TO | 3526935.900 | 620807.280 |
| BY ARC CENTERED AT | 3503743.370 | 670330.490 |
| TO | 3528200.310 | 621419.350 |
| BY STRAIGHT LINE TO | 3530772.900 | 622705.720 |
| BY STRAIGHT LINE TO | 3533312.180 | 623738.220 |
| BY ARC CENTERED AT | 3512714.270 | 674395.570 |
| TO | 3536696.410 | 625249.880 |
| BY STRAIGHT LINE TO | 3539974.040 | 626849.300 |
| BY ARC CENTERED AT | 3515991.900 | 675994.990 |
| TO | 3540926.870 | 627325.810 |
| BY STRAIGHT LINE TO | 3544631.920 | 629224.040 |
| BY ARC CENTERED AT | 3519696.950 | 677893.220 |
| TO | 3545186.710 | 629512.300 |
| BY STRAIGHT LINE TO | 3548475.960 | 631245.260 |
| BY ARC CENTERED AT | 3522986.200 | 679626.180 |
| TO | 3550505.660 | 632370.270 |
| BY STRAIGHT LINE TO | 3550910.210 | 632605.860 |
| BY STRAIGHT LINE TO | 3552928.580 | 633669.390 |
| BY STRAIGHT LINE TO | 3556148.900 | 635089.470 |
| BY ARC CENTERED AT | 3534084.260 | 685125.390 |
| TO | 3558249.890 | 636069.670 |
| BY STRAIGHT LINE TO | 3560691.670 | 637272.530 |
| BY ARC CENTERED AT | 3536526.040 | 686328.250 |
| TO | 3562430.730 | 638168.220 |
| BY STRAIGHT LINE TO | 3565992.450 | 640084.020 |
| BY STRAIGHT LINE TO | 3566333.520 | 640255.940 |

| | | |
| --- | --- | --- |
| | NAD 27 | |
| | Texas South Central | |
| | Zone (feet) | |
| Type Code | x–coordinate | y–coordinate |
| BY STRAIGHT LINE TO | 3567170.390 | 640628.420 |
| BY STRAIGHT LINE TO | 3568719.440 | 641309.230 |
| BY ARC CENTERED AT | 3546716.500 | 691372.310 |
| TO | 3571167.010 | 642457.960 |
| BY STRAIGHT LINE TO | 3574070.960 | 643909.540 |
| BY STRAIGHT LINE TO | 3576192.050 | 644899.490 |
| BY STRAIGHT LINE TO | 3578268.450 | 645805.500 |
| BY ARC CENTERED AT | 3556398.640 | 695926.880 |
| TO | 3578815.310 | 646047.680 |
| BY STRAIGHT LINE TO | 3579057.520 | 646156.530 |
| BY STRAIGHT LINE TO | 3579114.000 | 646175.640 |
| BY ARC CENTERED AT | 3561590.160 | 697976.770 |
| TO | 3585716.140 | 648901.530 |
| BY STRAIGHT LINE TO | 3586220.680 | 649095.240 |
| BY ARC CENTERED AT | 3566620.680 | 700146.990 |
| TO | 3587589.120 | 649641.880 |
| BY ARC CENTERED AT | 3570958.340 | 701736.590 |
| TO | 3588990.640 | 650110.260 |
| BY STRAIGHT LINE TO | 3590333.400 | 650579.270 |
| BY ARC CENTERED AT | 3579572.410 | 704194.960 |
| TO | 3593415.640 | 651291.210 |
| BY STRAIGHT LINE TO | 3593591.250 | 651337.160 |
| BY STRAIGHT LINE TO | 3594647.370 | 651526.190 |
| BY STRAIGHT LINE TO | 3595223.860 | 651628.040 |
| BY ARC CENTERED AT | 3599949.780 | 706108.380 |
| TO | 3601283.300 | 651439.710 |
| BY STRAIGHT LINE TO | 3602145.680 | 651460.750 |
| BY ARC CENTERED AT | 3603850.670 | 706119.090 |
| TO | 3604799.560 | 651442.390 |
| BY ARC CENTERED AT | 3608144.610 | 706024.920 |
| TO | 3605182.710 | 651420.260 |
| BY STRAIGHT LINE TO | 3606653.510 | 651340.480 |

| | NAD 27 Texas South Central Zone (feet) | |
| Type Code | x–coordinate | y–coordinate |
| --- | --- | --- |
| BY ARC CENTERED AT | 3609615.410 | 705945.140 |
| TO | 3607866.960 | 651288.170 |
| BY STRAIGHT LINE TO | 3609190.540 | 651245.830 |
| BY ARC CENTERED AT | 3613363.750 | 705771.290 |
| TO | 3611677.920 | 651112.350 |
| BY ARC CENTERED AT | 3623588.450 | 704484.450 |
| TO | 3621803.630 | 649828.650 |
| BY STRAIGHT LINE TO | 3622808.970 | 649795.820 |
| BY ARC CENTERED AT | 3624593.790 | 704451.620 |
| TO | 3622868.200 | 649793.920 |
| BY STRAIGHT LINE TO | 3623427.560 | 649776.260 |
| BY STRAIGHT LINE TO | 3628660.560 | 649850.580 |
| BY ARC CENTERED AT | 3627884.000 | 704530.000 |
| TO | 3632507.720 | 650040.890 |
| BY STRAIGHT LINE TO | 3634970.720 | 650249.890 |
| BY ARC CENTERED AT | 3630347.000 | 704739.000 |
| TO | 3651367.500 | 654255.540 |
| BY STRAIGHT LINE TO | 3653430.500 | 655114.540 |
| BY ARC CENTERED AT | 3632410.000 | 705598.000 |
| TO | 3654596.266 | 655615.891 |

4. Plane coordinates refer to the Texas Coordinate Systems, South Zone or South Central Zone, as indicated. All coordinates are referenced to the North American Datum of 1927.

5. The Court retains jurisdiction to entertain such further proceedings, to enter such orders, and to issue such writs as may from time to time be deemed necessary or advisable to give proper force and effect to this decree, or to effectuate the rights of the parties.

[United States-Texas Boundary map follows this page.]

# United States - Texas Boundary for Purposes of Submerged Land Acts

Legend

━━━━ US/Texas Submerged Lands Act Boundary